**STATE of Missouri, Respondent,**

v.

**Roy Kenneth MILLER, Jr., Appellant.**

**WD 79698**

Missouri Court of Appeals,
Western District.

ORDER FILED: September 26, 2017

Joshua D. Hawley, Attorney General, and Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Margaret M. Johnston, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Before Division IV: Mark D. Pfeiffer, Chief Judge, and Victor C. Howard and Karen King Mitchell, Judges

### Order

Per Curiam:

Mr. Roy K. Miller appeals from the judgment entered by the Circuit Court of Buchanan County, Missouri, following a bench trial in which he was found guilty of the class A felony of abuse of a child resulting in death and sentenced as a prior and persistent offender to life imprisonment. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 30.25(b).